JORDAN *v.* GREENSBORO FURNACE CO.; from Guilford. *Per Curiam:* affirmed, Nov. 9th.

DURHAM FERTILIZER CO. *v.* SANDERS; from Durham. Motion to docket and dismiss defendant's appeal under Rule 17, allowed Oct. 28th.

CHEEK *v.* RAILROAD; from Alamance. Motion to docket and dismiss plaintiff's appeal under Rule 17, allowed November 1st.

TROLLINGER *v.* RAILROAD; from Alamance. Motion to docket and dismiss plaintiff's appeal under Rule 17, allowed November 1st. Motion of plaintiff to re-instate appeal, filed December 20th.

MCMICHAEL *v.* HOSKINS; from Guilford. Motion to docket and dismiss defendant's appeal under Rule 17, allowed Nov. 1st.

KERR *v.* WADLEY; from Sampson. Motion of defendant to re-instate appeal, allowed Nov. 29th.

WALKER *v.* MERCER; from New Hanover. *Per Curiam:* affirmed, Nov. 9th.

ARMWOOD *v.* BIRD; from Sampson. *Per Curiam:* affirmed, Nov. 15th.

KING *v.* MECHANICS' HOME ASSOCIATION ; from New Hanover. Motion to docket and dismiss defendant's appeal under Rule 17, allowed Nov. 1.

MORRIS *v.* JONES; from Greene. Motion to docket and dismiss defendant's appeal under Rule 17, allowed November 1st.

WILMINGTON IRON WORKS *v.* DARBY; from New Hanover. Motion to docket and dismiss plaintiff's appeal under Rule 17, allowed November 1st.

MALLARD *v.* CARR; from Duplin. Motion to docket and dismiss defendant's appeal under Rule 17, allowed Nov. 2nd.